**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on April 17, 2019**

**Raymond B Ray**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 18–23647–RBR
Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Superview Screen Enclosures, Inc.
934 N University Drive
Suite 280
Coral Springs, FL 33071

EIN: 81–5185256

## FINAL DECREE

The trustee, Kenneth A Welt, having filed a final report that the estate has been fully administered, is discharged and the case is closed.